Alexandra M. Irons, #161093
Mark Oring, #74867
LAW OFFICES OF BAKER & ORING, LLP
13915 Panay Way, Suite One
Marina del Rey, California 90292-6102
Telephone:  (310) 822-3377
Facsimile:   (310) 821-7027

Attorneys for Plaintiff, TAKIS STATHOULIS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKIS STATHOULIS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES POSTAL SERVICE, BRIAN CLARK ECKHEART, and DOES 1 to 20, Inclusive, <br><br> Defendants. | CASE NO: <br><br> COMPLAINT FOR DAMAGES (NEGLIGENCE) |

COMES NOW the Plaintiff, TAKIS STATHOULIS, and alleges the following:

1. Jurisdiction is proper in the United States District Court for the Central District of California pursuant to Federal Tort Claims Act 28 USCS 1346(b). Plaintiff alleges he suffered personal injury and loss of property which was caused by the negligent or wrongful act or omission of an employee of the Government of the United States acting within the scope of his employment. The incident from which this personal injury and loss of property arises occurred in Whittier, California.

2. That the true names and capacities of DOES 1 through 20, Inclusive,

1
**COMPLAINT FOR DAMAGES**

are unknown to Plaintiff at this time, but when the same have been ascertained, Plaintiff will amend this Complaint to show such true names and capacities. Each of the Defendants fictitiously named herein are indebted and liable to Plaintiff as hereinafter set forth.

3. That at all times herein mentioned, Defendants, and each of them, were the agents, servants, employees and joint venturers of each and all of the remaining Defendants herein, and of each other, and were at all times acting in the course, scope and authority of said employment, agency, or joint venture at the time of this incident.

4. Plaintiff, TAKIS STATHOULIS, is a resident of the State of California, County of Los Angeles.

5. Defendant BRIAN CLARK ECKHEART is a resident of California, County of Los Angeles.

6. On or about November 16, 2017, Plaintiff, TAKIS STATHOULIS, was walking along Janine Drive when he was suddenly struck with great force by a vehicle driven by Defendant BRIAN CLARK ECKHEART, a letter carrier with the United States Postal Service.

7. The vehicle driven by Defendant BRIAN CLARK ECKHEART was registered to the United States Postal Service. Plaintiff is informed and believes that Defendant BRIAN CLARK ECKHEART was in the course and scope of his employment with Defendant UNITED STATES POSTAL SERVICE, at the time he was struck.

8. On or about August 22, 2019 Plaintiff, TAKIS STATHOULIS, filed a timely claim with the Office of General Counsel, UNITED STATES POST OFFICE. On or about September 13, 2019, Defendant, UNITED STATES POSTAL SERVICE, mailed notice that the claim had been received. This claim was never adjudicated.

9. On or about July 6, 2021, Plaintiff TAKIS STATHOULIS submitted

an Amendment of his claim to Office of General Counsel, UNITED STATES POST OFFICE. On or about January 3, 2022, Defendant UNITED STATES POSTAL SERVICE mailed notice of denial of the claim. Therefore, in accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), Plaintiff hereby files suit within six (6) months of the date the notice of the rejection was mailed.

9. As a result of the negligence of Defendants herein, Plaintiff suffered injuries, including but not limited to injuries to head, concussion, facial contusion, right retrobulbar pain, worsening vision in right eye, severe headaches, ear pain and pressure, hearing loss, dizziness, balance problems, cervical spine pain, tendonosis with a partial tear of the junction of the supraspinatus and infraspinatus tendon in the right shoulder, lumbar spine disc bulges at L1-2, L2-3, L3-4, L4-5, L5-S1, right hip pain, right lower extremity pain, bilateral leg pain, right knee pain, right ankle pain, bilateral foot pain, and exacerbation of multiple sclerosis.

10. As a further result of the aforesaid negligence of Defendants, and each of them, Plaintiff, TAKIS STATHOULIS, has incurred, and will in the future incur, medical and sundry expenses, the exact nature and extent of which are unknown to Plaintiff at this time, and Plaintiff will seek damages for medical and related expenses according to proof at the time of trial.

11. As a further result of the aforesaid negligence of Defendants, and each of them, Plaintiff, TAKIS STATHOULIS, has been and will be unable to pursue his vocation, and will in the future suffer loss of earnings and earning capacity, the exact amount of which is unknown to Plaintiff at this time. Plaintiff will seek damages for loss of earnings and earning capacity, both past, present and future according to proof at the time of trial.

WHEREFORE, Plaintiff, TAKIS STATHOULIS, prays for judgment against Defendants, and each of them, as follows:

1.    Actual and general damages in the amount of $50,000,000.00;

2.    Plaintiff's cost of suit incurred herein;

3.    Prejudgment interest to the extent allowed by law;

4.    Post judgment interest to the extent allowed by law; and

5.    For such other and further relief as this Court deems just and proper.

Dated: June 20, 2022        LAW OFFICES OF BAKER & ORING, LLP

By _____
ALEXANDRA M. IRONS
Attorneys for Plaintiff
TAKIS STATHOULIS

---

4
**COMPLAINT FOR DAMAGES**